UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
SEP 17 2014

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHIELA KAUBISCH,
a/k/a Maria Shiela Santos Kaubisch,

Defendant.

CR 13-50098

SUPERSEDING INFORMATION

Misprision of a Felony
(18 U.S.C. § 4)

The Assistant United States Attorney charges and informs the Court:

Beginning on or about January 1, 2009, and continuing until on or about December 31, 2011, in the District of South Dakota, the defendant, Shiela Kaubisch, a/k/a/ Maria Shiela Santos Kaubisch, having knowledge of the actual commission of a felony cognizable by a Court of the United States, to-wit, False Statement, in violation of 18 U.S.C. § 1001, did conceal the same and did not as soon as possible make known the commission of said felony to any judge or other person in civil or military authority under the United States, all in violation of 18 U.S.C. § 4.

SARAH B. COLLINS
Assistant U.S. Attorney